

## *American Academy of Urology*

Scott Baranoff, M.D., Ltd.          Eliot Horowitz, M.D., Ltd.          David Larsen, M.D., Ltd.

4275 S. Burnham Ave, Suite 320
Las Vegas, NV 89119
(702) 735-8000 * (702) 735-4795 (fax)

---

## Invoice for medical records

Bill to:

> Law Office of Clark Newhall JD, MD

Date : November 7, 2007

Patient: MARK PlASCENCIA

# of pages: eight

Rate: $.60 / pg

Amount Due : $4.80

Make Checks Payable to :     Dr. Scott Baranoff
4275 South Burnham Ave, Suite 320
Las Vegas, NV 89119

tax id # 860848065

Dear *Heather*

Our office is in receipt of your letter requesting medical records on the above named patient. The fee for preparation and mailing/faxing the records is $.60 per page, and is payable in advance.

If I can be of further service, please do not hesitate to contact me at (702) 735-8000 ext. 1011.

Sincerely,

Medical Records

REC'D 11 12 07
DOCK FOR
SCAN_____ DON'T SCAN
SCANNED ____

REC'D _10-30-07_
DOCK FOR_____
SCAN_____ DON'T SCAN_____
SCANNED _10-31-07_



# Invoice



Print Date: 10/15/2007

| | | |
|---|---|---|
| Snow Medical Center, LLC | Invoice Date: | 6/15/2007 1:29:52 PM |
| 4275 S. Burnham, Suite 235 | Invoice No: | 10649 |
| Las Vegas, NV 89119 | Account No: | RECMED0001 |
| | Guarantor Acc No: | RECMED0001 |
| | Guarantor Name: | Medical Records, Law Office Clark |
| | Tax ID: | 20-2599358 |
| Medical Records, Law Office Clark Newhall | Provider Name: | Snow, Evangelina U. |
| 57 West 200 South Suite 101 | | |
| Salt Lake City, UT 84101 | | |

| Service Dates | CPT Code | ICD Code | Description | POS | Unit Fee | Unit | Fee |
|---|---|---|---|---|---|---|---|
| 10/13/07 - 10/13/07 | 99080 | | Special reports or insurance forms | Office | $9.60 | 1.00 | $9.60 |

Insurance Company: Patient Mark Plascencia
Group Number:
Policy Number:

| | |
|---|---|
| Invoice Amount | $9.60 |
| Co-Payment Paid | $0.00 |
| Patient Paid | $0.00 |
| Patient Adj | $0.00 |
| Patient Deposit | $0.00 |
| Insurance Paid | $0.00 |
| Insurance Adj | $0.00 |
| Total Payment | $0.00 |
| Invoice Balance | $9.60 |

**Law Office of Clark Newhall MD JD**  11/98
57 W. 200 South, Suite 101
Salt Lake City, UT 84101
(801) 363-8888
Operating Account

KEYBANK NATIONAL ASSOCIATION
Crossroads Branch
Salt Lake City, UT 84101
31-73/1240

**3220**

2/28/2007

PAY TO THE
ORDER OF _____ U S District Court, District Of Utah _____ $ **300.00

Three Hundred Only******

_____ DOLLARS

Void After 90 Days

MEMO    statutory undertaking 2:07cv00002 ts

⑇003220⑇ ⑈124000737⑈ 445010017587⑈

---

Law Office of Clark Newhall MD JD

U S District Court, District Of Utah                    2/28/2007
Costs:Court Fees/Plascencia vs St. George

**3220**

300.00

Operating 7587          statutory undertaking 2:07cv00002 ts                    300.00

Law Office of Clark Newhall MD JD

U S District Court, District Of Utah                    2/28/2007
Costs:Court Fees/Plascencia vs St. George

**3220**

300.00

Operating 7587          statutory undertaking 2:07cv00002 ts                    300.00

# INVOICE: MARCH 2007

ATTORNEY CLARK NEWHALL
57 W. 200 S., #101
P.O. BOX 284
SLC, UT 84110-0284



888-336-1414 / 801-363-8888 / FX=596-8888
cnewhall@cnewhall.com
Blanca Paredes, Legal Secretary

| DATE | ATTORNEY | TYPE | PLAINTIFF | DEFENDANT/SERVED & DETAILS | CHARGES | |
|------|----------|------|-----------|----------------------------|---------|---|
| 2-2-07 | NEWHALL | SUMMONS | PLASCENCIA | ST. GEORGE CITY | S | 25.00 |
| 2-8-07 | NEWHALL | SUMMONS | PLASCENCIA | ST. GEORGE CITY POLICE DEPT. | S | 25.00 |
| 3-1-07 | | | | PD BY CK 7154 | S | 50.00 |
| 3-7-07 | NEWHALL | SUMMONS | PLASCENCIA | JARED TAYLOR / NOT AT ADDRESS GIVEN | S | 35.00 |

# MAKE CHECKS OUT TO <u>CONSTABLE JEAN DICKSON</u>

**TO AVOID LATE FEES OF $5 PER MONTH PLEASE PAY WITHIN 30 DAYS. THANK YOU.**

RFC'D 03/19/07
BOOK FOR
SCAN ✓ DON'T SCAN
SCANNED 03/19/07

## INVOICE: FEBRUARY 2006

ATTORNEY CLARK NEWHALL
57 W. 200 S., #101
P.O. BOX 284
SLC, UT 84110-0284

888-336-1414 / 801-363-8888 / FX=596-8888
cnewhall@cnewhall.com
Blanca Paredes, Legal Secretary

| DATE | ATTORNEY | TYPE | PLAINTIFF | DEFENDANT/SERVED & DETAILS | CHARGES |
|------|----------|------|-----------|----------------------------|---------|
| 2-2-07 | NEWHALL | SUMMONS | PLASCENCIA | ST. GEORGE CITY | $ 25.00 |
| 2-8-07 | NEWHALL | SUMMONS | PLASCENCIA | ST. GEORGE CITY POLICE DEPT. | $ 25.00 |

# MAKE CHECKS OUT TO <u>CONSTABLE JEAN DICKSON</u>

**TO AVOID LATE FEES OF $5 PER MONTH PLEASE PAY WITHIN 30 DAYS. THANK YOU.**

REC'D 02/23/07
CHECK #OR
02/23/07

144.00 - 03/13/2008
Plascencia Reimbursment
court costs for Plascencia Heather Pace

Law Office of Clark Newhall MD JD

3351



# THACKER+CO

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 - Fax: 801-983-2181

## STATEMENT

NEWHALL LAW OFFICE
ATTN: Cheri Gochberg
57 West 200 South #101
Salt Lake City, UT 84101

Statement Date: 10/01/2009

| Invoice | Date | Reference | Amount | Due |
|---------|------|-----------|--------|-----|
| 100024 | 07/16/2009 | George Pierpont, Don Reid - Mark Plascencia vs. City of St. George (2719) | 673.25 | 673.25 |
| | | | Total Due: | 673.25 |

INVOICES DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID: 87-0652419

# THACKER+CO

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-963-2180 - Fax: 801-983-2181

# INVOICE

NEWHALL LAW OFFICE
ATTN: Clark Newhall
57 West 200 South #101
Salt Lake City, UT 84101

Invoice Number:  100067
Invoice Date:  07/29/2009

In RE: Mark Plascencia vs. City of St. George (2719)
Dennis Bailey
Attendance Date: 07/08/2009  Reporter: Jenny Sullivan

| Qty Description | Rate | Ext |
|---|---:|---:|
| 162 Original + 1 Copy | 3.45 | 558.90 |
| 0.5 Per Diem | 150.00 | 75.00 |
| 1 Delivery | 10.00 | 10.00 |
| 24 Exhibits | 0.28 | 6.72 |
| 20 Scanned Exhibits | 0.18 | 3.60 |
| | Invoice Total: | 654.22 |

We Appreciate Your Business

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID: 87-0652419

| PAYMENT WITH CREDIT CARD | | | | |
|---|---|---|---|---|
| Cardholder's Name: | | Card Number: | | |
| Exp. Date: | Billing Address: | | | Zip: |
| Amount to Charge: | | Security Code: | | |



# THACKER+CO

50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-963-2180 - Fax: 801-983-2181

# INVOICE

NEWHALL LAW OFFICE
ATTN: Clark Newhall
57 West 200 South #101
Salt Lake City, UT 84101

| Invoice Number: | 100069 |
|---|---|
| Invoice Date: | 07/29/2009 |

In RE: Mark Plascencia vs. City of St. George (2719)
Dennis Bailey
Attendance Date: 07/08/2009  Reporter: Jenny Sullivan

| Description | |
|---|---|
| Video | |

Invoice Total: 533.75

---

4.75 hours @ $85/hr
4 mini DV tapes @ $10/ea
2 DVDs @ $55/ea

We Appreciate Your Business

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID: 87-0652419

| PAYMENT WITH CREDIT CARD | | | |
|---|---|---|---|
| Cardholder's Name: | | Card Number: | |
| Exp. Date: | Billing Address: | | Zip: |
| Amount to Charge: | | Security Code: | |



# THACKER+CO

**50 West Broadway, Suite 900**
**Salt Lake City, UT 84101**
**801-963-2180 - Fax: 801-983-2181**

*07/21/09*

## INVOICE

NEWHALL LAW OFFICE
ATTN: Clark Newhall
57 West 200 South #101
Salt Lake City, UT 84101

Invoice Number: 100026
Invoice Date: 07/16/2009

In RE: Mark Plascencia vs. City of St. George (2719)
George Pierpont, Don Reid
Attendance Date: 06/26/2009

Description

Video

Invoice Total: 405.00

We Appreciate Your Business

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID: 87-0652419

| PAYMENT WITH CREDIT CARD | | | |
|---|---|---|---|
| Cardholder's Name: | | Card Number: | |
| Exp. Date: | Billing Address: | | Zip: |
| Amount to Charge: | | Security Code: | |



# THACKER+CO
## COURT REPORTERS

801-983-2180
Toll Free: 877-441-2180
Fax: 801-983-2181
www.thackerco.com

CLARK NEWHALL, ESQUIRE
NEWHALL LAW OFFICE
57 WEST 200 SOUTH, SUITE 101
SALT LAKE CITY, UT   84101

REMIT TO:
50 West Broadway
Suite 900
Salt Lake City, Utah 84101

**INVOICE**

17757

| DATE | CLIENT NO. | FILE NUMBER | TERMS: PAYABLE UPON RECEIPT 1.5%PER MONTH | TAX NUMBER: 87-0652419 |
|------|-----------|-------------|-------------------------------------------|------------------------|
| 01/08/2009 | 227 | 2719 | | |

Re: PLASCENCIA, MARK        VS    CITY OF ST.GEORGE & POLICE
Assignment Date: December 04, 2008

VIDEO OF CATHERINE BONOMO, MD

| | |
|---|---|
| Total Amount $ | 188.00 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 188.00 |

1.5 HRS @ $82/HR = $123.00
1 MINI DV TAPE @ $10
1 DVD @ $55

THACKER + CO.

| **PAYMENT WITH CREDIT CARD** |  |  |  |
|---|---|---|---|

Cardholder's Name:                          Card Number:

Exp. Date:              Billing Address:                          Zip:

Amount to Charge:              Cardholder's Signature:



# Catherine A. Bonomo MD FAAEM

PO Box 911954
St. George, Utah 84791
Phone: 435-668-2286
Fax: 435-674-7609
Email: Bonca911@mac.com

Clark Newhall MD, JD
57 West 200 South, Suite 100
Salt Lake City, Utah 84101

RE: Deposition Fee for Mark Plascencia

Dear Mr. Newhall,

My fee for the deposition of Mark Plascenica ia $500.00. A check can be mailed to my PO Box.

Thank You,

Catherine Bonomo MD

# THACKER+CO
### COURT REPORTERS

801-983-2180
Toll Free: 877-441-2180
Fax: 801-983-2181
www.thackerco.com

REMIT TO:
50 West Broadway
Suite 900
Salt Lake City, Utah 84101

CLARK NEWHALL, ESQUIRE
NEWHALL LAW OFFICE
57 WEST 200 SOUTH, SUITE 101
SALT LAKE CITY, UT  84101

**INVOICE**
17755

| DATE | CLIENT NO. | FILE NUMBER | TERMS: PAYABLE UPON RECEIPT 1.5%PER MONTH | TAX NUMBER: 87-0652419 |
|------|-----------|-------------|-------------------------------------------|------------------------|
| 01/08/2009 | 227 | 2719 | | |

Re: PLASCENCIA, MARK        VS    CITY OF ST.GEORGE & POLICE
Assignment Date: December 04, 2008

ORIGINAL & 1 COPY OF CATHERINE BONOMO, MD

| | |
|---|---|
| Total Amount $ | 372.08 |
| Interest At A Rate Of 1.50% After 30 Days $ | 21.84 |
| Less Paid To Date $ | 393.92 |
| Total due $ | 0.00 |

34 PGS @ $3.70/PG (MEDICAL RATE)
PER DIEM $75.00
DELIVERY TO YOU $10.00
DELIVERY FROM ST. GEORGE $10.00
420 FAXED PAGES TO ST. GEORGE REPORTER @ .20/EA
149 EXHIBIT COPIES @ .28/EA
142 SCANNED EXHIBITS @ .18/EA

THACKER + CO.



**THACKER+CO**
C O U R T   R E P O R T E R S   LLC

801-983-2180
Toll Free: 877-441-2180
Fax: 801-983-2181
www.thackerco.com

**REMIT TO:**
50 West Broadway
Suite 900
Salt Lake City, Utah 84101

CLARK NEWHALL, ESQUIRE
NEWHALL LAW OFFICE
57 WEST 200 SOUTH, SUITE 101
SALT LAKE CITY, UT  84101

**INVOICE**

16173

| DATE | CLIENT NO. | FILE NUMBER | TERMS: PAYABLE UPON RECEIPT 1.5% PER MONTH | TAX NUMBER: |
|------|------------|-------------|--------------------------------------------|-------------|
| 03/27/2008 | 227 | 2719 | | 87-0652419 |

Re: PLASCENCIA, MARK          VS    CITY OF ST.GEORGE & POLICE
Assignment Date: March 20, 2008

ORIGINAL & 1 COPY OF STATEMENT OF CANCELLATION

|  |  |
|--|--|
| Total Amount $ | 117.50 |
| Interest At A Rate Of 1.50% After 30 Days $ | 0.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 117.50 |

This may be a duplicate invoice, if so please discard, thank you.

---

**METHOD OF PAYMENT**

☐ CHECK ENCLOSED
PLEASE MAKE CHECK PAYABLE TO:

Thacker + Co LLC

CHARGE MY CREDIT CARD
☐ VISA   ☐ MASTERCARD
THACKER AMERICAN EXPRESS

SIGNATURE (AS IT APPEARS ON YOUR CREDIT CARD)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   ☐☐☐☐
CREDIT CARD NUMBER                          EXP. DATE

PRINT NAME (AS IT APPEARS ON YOUR CREDIT CARD)

DAYTIME PHONE



801-983-2180
Toll Free: 877-441-2180
Fax: 801-983-2180
www.thackerco.com

REMIT TO:
50 West Broadway
Suite 900
Salt Lake City, Utah 84101

CLARK NEWHALL, ESQUIRE
NEWHALL LAW OFFICE
57 WEST 200 SOUTH, SUITE 101
SALT LAKE CITY, UT 84101

**INVOICE**

15895

| DATE | CLIENT NO. | FILE NUMBER | TERMS: PAYABLE UPON RECEIPT 1.5% PER MONTH | TAX NUMBER: |
|------|-----------|-------------|-------------------------------------------|-------------|
| 02/13/2008 | 227 | 2719 | | 87-0652419 |

Re: PLASCENCIA, MARK        VS    CITY OF ST.GEORGE & POLICE
Assignment Date: January 15, 2008

VIDEO OF TAYLOR, ERKLACICH, SCHAFER, TRIPLETT, BITHELL, STRATTON

|  | |  |
|--|--|--|
| Total Amount | $ | 1,008.00 |
| Interest At A Rate Of 1.50% After 30 Days | $ | 0.00 |
| Less Paid To Date | $ | 0.00 |
| Total due | $ | 1,008.00 |

| PAYMENT WITH CREDIT CARD | | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone #: | |
| Billing Address: | | |
| Zip: | Amount to Charge: | |
| Cardholder's Signature: | | |



801-983-2180
Toll Free: 877-441-2180
Fax: 801-983-2180
www.thackerco.com

REMIT TO:
50 West Broadway
Suite 900
Salt Lake City, Utah 84101

CLARK NEWHALL, ESQUIRE
NEWHALL LAW OFFICE
57 WEST 200 SOUTH, SUITE 101
SALT LAKE CITY, UT  84101

**INVOICE**

15891

| DATE | CLIENT NO. | FILE NUMBER | TERMS: PAYABLE UPON | TAX NUMBER: |
|------|-----------|-------------|---------------------|-------------|
| 02/13/2008 | 227 | 2719 | RECEIPT 1.5% PER MONTH | 87-0652419 |

Re: PLASCENCIA, MARK          VS   CITY OF ST.GEORGE & POLICE
Assignment Date: January 15, 2008


ORIGINAL & 1 COPY OF J. TAYLOR, M. BRKLACICH, J. SCHAFER, R. TRIPLETT

```
                         Total Amount $      785.90
         Interest At A Rate Of 1.50% After 30 Days $        0.00
                     Less Paid To Date $        0.00
                         Total due $      785.90
```

| PAYMENT WITH CREDIT CARD | | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone #: | |
| Billing Address: | | |
| Zip: | Amount to Charge: | |
| Cardholder's Signature: | | |



801-983-2180
Toll Free: 877-441-2180
Fax: 801-983-2180
www.thackerco.com

REMIT TO:
50 West Broadway
Suite 900
Salt Lake City, Utah 84101

CLARK NEWHALL, ESQUIRE
NEWHALL LAW OFFICE
57 WEST 200 SOUTH, SUITE 101
SALT LAKE CITY, UT  84101

## INVOICE

15893

| DATE | CLIENT NO. | FILE NUMBER | TERMS: PAYABLE UPON | TAX NUMBER: |
|------|-----------|-------------|---------------------|-------------|
| 02/13/2008 | 227 | 2719 | RECEIPT 1.5% PER MONTH | 87-0652419 |

Re: PLASCENCIA, MARK          VS   CITY OF ST. GEORGE & POLICE
Assignment Date: January 16, 2008

ORIGINAL & 1 COPY OF MARLON STRATTON, VANCE BITHELL

```
                         Total Amount $      375.68
        Interest At A Rate Of 1.50% After 30 Days $        0.00
                    Less Paid To Date $        0.00
                          Total due $      375.68
```

PAYMENT WITH CREDIT CARD          THACKER + CO.      VISA

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone #: |
| Billing Address: | |
| Zip:          Amount to Charge: | |
| Cardholder's Signature: | |



# *Intermountain Court Reporters*
## **5885 Holstein Way**
## **Murray, UT 84107**

| DATE | INVOICE # |
|------|-----------|
| 2/2/2008 | 1303 |

**BILL TO**

CLARK NEWHALL, ESQ.
57 West 200 South #101
SLC, UT 84101

| IN RE: | REPORTER |
|--------|----------|
| Plascencia V. St. George | Linda Smurthwaite, RDR |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Copies of Depositions of Mark Plascencia and Jake Rubio  January 24 & 25, 2008 | 457.90 |
| Exhibits | 21.25 |
| Disk | 20.00 |
| Mail/Delivery | 7.00 |
| **Total** | $506.15 |

Thank you for the opportunity of serving you!

Phone: (801) 263-1396
Tax ID 356483632



# *Intermountain Court Reporters*

**5885 Holstein Way**
**Murray, UT 84107**

| DATE | INVOICE # |
|------|-----------|
| 9/27/2007 | 1183 |

**BILL TO**

MICHELLE DIAMOND, ESQ.
57 West 200 South
Suite 101
SLC, UT 84101

09/28/07
DON'T SCAN
SCANNED

| IN RE: | REPORTER |
|--------|----------|
| Plascencia v. St. George | Donna Ward, RPR |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition Copy of Mark Plascencia  September 20, 2007 | 121.60 |
| Exhibits | 11.50 |
| Disk | 20.00 |
| Mail/Delivery | 7.00 |

| | **Total** | $160.10 |
|--|-----------|---------|

Thank you for the opportunity of serving you!

Phone: (801) 263-1396
Tax ID 356483632



# *Intermountain Court Reporters*
**5885 Holstein Way**
**Murray, UT 84107**

| DATE | INVOICE # |
|------|-----------|
| 5/12/2008 | 1409 |

**BILL TO**

CLARK NEWHALL, ESQ.
57 West 200 South #101
SLC, UT 84101

| IN RE: | REPORTER |
|--------|----------|
| Mark Plascencia | Donna Ward, RPR |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Deposition of Paul Masuyama  Copy   Taken:  April 30, 2008 | 218.40 |
| Exhibits | 12.00 |
| Disk | 20.00 |
| Mail/Delivery | 7.00 |

| **Total** | |
|-----------|--------|
| | $257.40 |

Thank you for the opportunity of serving you!

Phone: (801) 263-1396
Tax ID 356483632

### PAUL M. MASUYAMA
### POLICE PRACTICES CONSULTANT
### 239 E. 525 S.
### Providence, UT.
### (435) 757-1317
### E-MAIL: pmasuyama@comcast.net
### TAX I.D. # 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

March 14, 2008

**Mark Plascencia v. Cit of St. George, St. George Police Dept
And Jared Taylor**

Law Offices of Clark Newhall, MD, JD, LC
Clark Newhall, Attorney
57 West, 200 South, Suite 101
Salt Lake City, UT. 84110

| | |
|---|---|
| February 15, 2008 – Retainer fee Received | $2,000.00 |

February 22, 2008 – Case Received

| | |
|---|---|
| Professional services rendered from 02/22/08 through 02/27/08 | $2,395.00 |

| | **RATE** | **HOURS** | **FEE** |
|---|---|---|---|
| 02/22/08 – 02/29/08 | $125.00 | 19 hrs, 10 min | $2,395.00 |
| Retainer | | | —$2,000.00 |
| Balance Due - 02/27/08 | | | $395.00 |
| 03/12/08 – Payment (transfer from Fetahu retainer fee) | | | $395.00 |
| Balance | | | 00.00 |

*PAUL M. MASUYAMA*
*POLICE PRACTICES CONSULTANT*
*239 E. 525 S.*
*Providence, Ut. 84332*
*(435) 757-1317*
*E-MAIL:* pmasuyama@comcast.net
*TAX I.D. # 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*

February 27, 2008

*Mark Plascencia v. City of St. George, St. George Police Dept.*
*And Jared Taylor*

## DETAIL SERVICES

**DATE**    **HOURS**    **DESCRIPTION**

02/22/08    1hr. 20min    Reviewed documents 1-3

02/23/08    2hrs,35min    Reviewed and opined on documents 1-6

02/25/08    6hrs, 30min    Reviewed and opine on documents 6-14.

02/26/08    8hrs, 45min    Reviewed and opined on document 15.
                          Draft of facts and opinion



### DAVID A. DUSENBURY & ASSOCIATES
### POLICE/SECURITY PRACTICES - CONSULTANTS/EXPERTS
*http://www.dusenburypolicesecurityexperts.com*
*TAX I.D. # 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*

*Post Office Box 90819*
*Long Beach, CA 90809-0819*
*(562) 492-9554 (562) 989-1757(F)*
*(310) 503-2114 (Cellular)*

*60847 SW Garrison Drive*
*Bend, Oregon 97702*
*(541) 306-3485*
*E-mail: dadusen@aol.com*

Please remit to:
BEND, OREGON

November 19, 2008

### *Mark Plascencia v. City of St. George, et al.*

Clark Newhall, MD, JD, LC.
Physician & Attorney
57 West 200 South, Suite 101
P.O. Box 284
Salt Lake City, Utah 84101



November 5, 2008 – Case Materials/Retainer Received          $1,500.00

Professional services rendered through November 18, 2008:          $3,312.50

|  | RATE | HOURS |  |
| --- | --- | --- | --- |
| David A. Dusenbury | $1000.00 | Consultant | WAIVED |
| David A. Dusenbury | $225.00 | 12.5 | $2,812.50 |
| David A. Dusenbury | $350.00 | Testimony |  |
| David A. Dusenbury | $500.00 | Declaration | $500.00 |
| David A. Dusenbury | $175.00 | Travel |  |

**TOTAL DUE:**                                                   **$1,812.50**

*Post Office Box 90819*
*Long Beach, CA 90809-0819*
*(562) 492-9554 (562) 989-1757 (F)*
*(310) 503-2114 (Cellular)*

*7765 SW Carrollon Drive*
*Beaverton, Oregon 97007*
*(503) 642-9554*
*E-mail: dadusen@aol.com*

*November 19, 2008*

*Mark Plascencia v. City of St. George, et al.*

## DETAIL SERVICES

| Date | Hours | Description |
|------|-------|-------------|
| 11/05/08 | .5 | Files setup. |
| 11/13/08 | 4.25 (4.75) | Review St. George Police Department, Background Investigation, Jared James Taylor, S. G. Taylor; St. George Police Department, Background Investigation (8 pages, 0045-0052), Jared James Taylor. George Pierpont, R026, St. George Police Department; St. George Police Department, Internal Affairs Complaint Form, Jared Taylor, Complainant: Mark Plascencia; St. George Police Department, Memorandum, to Lt. Dennis Bailey from Sgt. Vance Bithell, dated May 1, 2006 & Attachment; Memorandum (3 pages, typewritten), Complainant: Mark Plascencia; Officer: Jared Taylor, Date: October 27, 2006, Complaint: Excessive Force, filed by: illegible; St. George Police Department, Memorandum (1 page, typewritten), to Lt. Bailey from Sgt. Jones, dated 10-11-06; St. George Police Department, Memorandum (2 pages, typewritten), to Captain Loren Johnson from Lt. Mark Brklacich, IA Complaint 2006-30, dated 5-16-06; St. George Police Department, Memorandum (1 page, typewritten), to Lt. Mark BrkJacich from Ofc. Jared Taylor, dated May 10, 2006; St. George Police Department, Memorandum (1 page, typewritten), to Lt. Mark Brklacich from Ofc. Jared Taylor, dated May 10, 2006; St. George Police Department, Memorandum (1 page, typewritten), to Captain Loren Johnson from Ofc. James Schafer, dated May 17, 2006; St. George Police Department, Memorandum (1 page, typewritten), to Ofc. Jared Taylor from Lt. Mark Brklacich, dated May 9, 2006; Dixie Regional Medical Center, Discharge Instructions, Mark Plascencia; St. George Police |

*Post Office Box 90819*
*Long Beach, CA 90809-0819*
*(562) 492-9554 (562) 989-1757 (F)*
*(310) 503-2114 (Cellular)*

*7765 SW Carrollton Drive*
*Beaverton, Oregon 97007*
*(503) 642-9554*
*E-mail: dadusen@aol.com*

### November 19, 2008

### Mark Plascencia v. City of St. George, et al.

|  |  | Department, Officers Report (4 pages), Case #0603126, Nature: Burglary/Residence, Victim: Davey Burton, dated April 30, 2006, filed by J. Taylor #146; St. George Police Department, Deputy Supplemental Report (2 pages), Incident #265842, Nature: Burglary/Residence, Victim: Davey Burton, dated April 30, 2006, filed by Ofc. Schafer; St. George Police Department, Investigative Narrative Report (2 pages), Incident #265842, Nature: Burglary/Residence, Victim: Davey Burton, dated April 30, 2006, filed by J. Taylor; report. |
|---|---|---|
| 11/14/08 | 1.25 (6) | Review St. George Police Department, Investigative Narrative Report (2 pages), Incident #265842, Nature: Burglary/Residence, Victim: Davey Burton, dated April 30, 2006, filed by J. Taylor; Affidavit of Marlon Stratton in 7 (4 pages); Internet research (California P.O.S.T., Background Investigations); Memorandum in Support of Defendants' Motion for Partial Summary Judgment; report. |
| 11/15/08 | 2 (8) | Review Memorandum in Support of Defendants' Motion for Partial Summary Judgment; Internet research (Utah P.O.S.T., Background Investigations); report. |
| 11/16/08 | 1.5 (9.5) | Report; declaration preparation. |
| 11/17/08 | 1.75 (11.25) | Consultation with Clark Newhall, declaration preparation; review "Report of Suitability Assessment" & Attachments (12 pages); Plaintiff's Response to Defendant's Memorandum in Opposition to Plaintiff's Motion to Reopen Discovery. |
| 11/18/08 | 1.25 (12.5) | Affidavit/declaration review; notary public services; fax to Clark Newhall; FedEx original signature document. |

GLEN E JOHNSON MD
555 E 4500 S #C-150
Salt Lake City, UT  84107

RETURN SERVICE REQUESTED

PHONE:  801-288-0747
RE: Mark Plasencia

IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW

CHECK CARD USING FOR PAYMENT

MasterCard ☐ MASTERCARD        VISA ☐ VISA

CARD NUMBER | AMOUNT
SIGNATURE | EXP. DATE

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 04-14-09 | $320.00 | 10010G |

SHOW AMOUNT PAID HERE $

| ADDRESSEE: | MAKE CHECKS PAYABLE TO: |

Clark Newhall
57 West 200 South suite 101
SALT LAKE CITY, UT  84101-3615
||.|.|..|..|.||...|..||.|.||....||.|.|.|.||...||.|

GLEN E JOHNSON MD
555 E 4500 S #C-150
Salt Lake City, UT  84107
||.|.|..|..|.||...|..|.|.|.|.||...|..||.|.||...|||

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

Re: Mark Plasencia
Account#    10010G
Payment Due: $320.00
Due Date:    04-28-09

| DATE OF SERVICE | CODE | DESCRIPTION | CHARGE | INSURANCE PAID | PATIENT PAID | ADJUST | INSURANCE BALANCE | PATIENT BALANCE | TOTAL BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 03-17-09 | 90801 | INITIAL EVALUATION | 320.00 | 0.00 | 0.00 | | 0.00 | 320.00 | 320.00 |

| CURRENT | PAST DUE | | | | BALANCE DUE |
|---|---|---|---|---|---|
| 320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 320.00 |
| 0 - 30 DAYS | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | |

| COMMENTS | | |
|---|---|---|
| TOTAL ACCOUNT BALANCE: | 320.00 | |
| INSURANCE PENDING: | 0.00 | |
| PATIENT BALANCE: | 320.00 | <-- Amt. Due |

Patient may be responsible for any unpaid Insurance

SCA 01/03 X1A9-008    F101    10011348    FORM + F-A1                          AE



# Statement

Friday, September 02, 2011

CLARK NEWHALL, MD. JD, LC
57 W 200 S STE 101
SALT LAKE CITY, UT 84101-3615

Start Date  1/1/2009

End Date:  9/2/2011

Attention: Accounts Payable

| Invoice Date: | Invoice No. | Subject | Lawyer | Your File Number/Contact | Amount Due |
|---|---|---|---|---|---|
| 8/25/2011 | 67096 | BULLOCK, MARCIE B. | CLARK NEWHALL, | 529417630 | $608.70 |
| 8/26/2011 | 67099 | RUBIO, JAKE D. | CLARK NEWHALL, | PLASCENCIA | $458.20 |

| Statement Total | $1,066.90 | Payments Total | | Total Due | $1,066.90 |
|---|---|---|---|---|---|



## ChartONE, Inc.
### P.O. Box 152472, Irving, TX 75015-2472 (800)299-8694

## INVOICE

Invoice Number:      270713- -133646                           Date:   04/27/2007
Medical Record Number: 377009

Dear Valued Requester:

Per your request, enclosed are the medical records forwarded from Dixie Regional Medical Center, St. George, UT.

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE. A service charge of 1.5% per month (annual rate 18%), except
Michigan state, will be charged if not paid within 30 days from the date of this invoice.
Please detach the bottom portion of this invoice and return with your remittance to ChartONE, Inc. to ensure proper credit.

Comments:

| Requested by: | Please make check payable to: |
|---|---|
| Records: | |
| LAW OFFICE OF CLARK | ChartONE, Inc. |
| | P.O. Box 152472 |
| 57 W. 200 S. | Irving, TX 75015-2472 |
| STE 101 | (800)299-8694 |
| SALT LAKE CITY, UT 84101 | Federal Tax ID# 94-3360691 |
| (801)363-8888- | |

| | | | |
|---|---|---|---|
| Patient: MARK  PLASCENCIA | | | |
| Category: Attorney | | Base Fee: | 16.75 |
| SSN: | | Page Fee: | 48.91 |
| Birth Date: 10/25/1952 | | Shipping: | 3.27 |
| Admission Date:  / / | | Handling: | 6.00 |
| Requester ID: | | Itemized: | 0.00 |
| Other ID: | | Tax: | 5.25 |
| TDN/VPN: | | Adjustment: | 0.00 |
| Paper Pages: | 73 | Pre-Payment: | 0.00 |
| Microfiche Pages: | 0 | Total Due: | 80.18 |
| Computer Pages: | 0 | | |

## Please return this portion with your payment payable to:

ChartONE, Inc.
P.O. Box 152472
Irving, TX 75015-2472

Date: 04/27/2007
Invoice: 270713-1-133646
Patient: MARK PLASCENCIA
Hospital: Dixie Regional Medical Center, St. George UT
Total Due:   $80.18

Please check box [ ] if cardholder's billing address is different than requester's address and note on the reverse side
of this remittance slip.

LAW OFFICE OF CLARK

57 W. 200 S.
STE 101
SALT LAKE CITY, UT 84101

Mastercard [ ]          Visa [ ]
Card #_____
Exp. Date_____
Name/Signature (Cardholder):_____
Contact Phone: _____
Total Payment:_____

Rudiger Investigations, NMS
Utah DPS Agency #175
PO Box 999
Springdale, UT 84767
FEIN #84-1423593

Invoice submitted to:
Clark Newhall, Esq.
57 W. 200 South, Suite 101
Salt Lake City UT 84101

December 01, 2007

Invoice #32119

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/29/2007 TLG | Investigations<br>Erecords search for AMANDA LARSON, email to counsel | 1.00<br>75.00/hr | 75.00 |
| 11/30/2007 TLG | Investigations<br>Travel to Washington, UT andATL AMANDA LARSON,teleinterviewwith<br>AMANDA LARSON, download audio to digital file, begin draft report | 2.70<br>75.00/hr | 202.50 |
| | For professional services rendered | 3.70 | $277.50 |

Additional Charges :

|  |  | Qty/Price | |
|---|---|---|---|
| 11/29/2007 TLG | DLD record<br>DLD records for Amanda Larson | 1<br>15.00 | 15.00 |
| TLG | Miscellaneous Expense<br>Credit headers forLARSONS,AMANDA and KRISTINE | 1<br>10.00 | 10.00 |
| | Total additional charges | | $25.00 |
| | Total amount of this bill | | $302.50 |
| | Balance due | | $302.50 |





plas

V# 7937

cyber**dictate**

## INVOICE

February 29, 2008

TO:   **Clark Newhall Law Office**
*Attn: Clark Newhall, Esq.*
57 W. 200 South
Suite 101
Salt Lake City, Utah 84101

| Completion Date | Project Identification # | Word Count* | Total Due |
|---|---|---|---|
| 02/27/08 | Plasencia_Interview with Davey December 8 2007_001- Rush | 1523 | 34.27 |

*Word Count is calculated in accordance with the standardized typist test formula, by calculating total characters, including spaces, then dividing by 5.

*(Billed at rate of $.0125 per word; Multi-speaker billed at rate of $.02 per word; File minimum billed at rate of $1.50; Rush files billed at additional $.0025 per word)*

**TOTAL:**          **$34.27**

*\*\*PAYMENT IS DUE UPON RECEIPT OF INVOICE\*\*.*

**You may remit Online Payments to:**     http://www.cyberdictate.com/clients/resources/
(Paypal Click Box at bottom of page)

**Or**

Make checks payable and remit to:     CyberDictate
1107 Rowley Drive
Suite A
Cedar Park, TX 78613

Thank you for allowing CyberDictate.com to service your transcription needs. We value your law firm as our loyal Partner and, as such, commit to provide only excellent services to you! Should you have any questions or further needs, please feel free to contact us at 512.249.7700.

 

*Alicia*

# INVOICE

March 28, 2008

TO:   **Clark Newhall Law Office**
*Attn: Clark Newhall, Esq.*
57 W. 200 South
Suite 101
Salt Lake City, Utah  84101

| Completion Date | Project Identification # | Word Count* | Total Due |
|---|---|---|---|
| 03/20/08 | 3_17_08 11_49 AM | 2056 | 25.70 |

*Word Count is calculated in accordance with the standardized typist test formula, by calculating total characters, including spaces, then dividing by 5.*

*(Billed at rate of $.0125 per word; Multi-speaker billed at rate of $.02 per word; File minimum billed at rate of $1.50; Rush files billed at additional $.0025 per word)*

**TOTAL:       $25.70**

*\*\*PAYMENT IS DUE UPON RECEIPT OF INVOICE\*\*.*

**You may remit Online Payments to:**   http://www.cyberdictate.com/clients/resources/
(Paypal Click Box at bottom of page)

**Or**

Make checks payable and remit to:   CyberDictate
1107 Rowley Drive
Suite A
Cedar Park, TX  78613

Thank you for allowing CyberDictate.com to service your transcription needs.  We value your law firm as our loyal Partner and, as such, commit to provide only excellent services to you!  Should you have any questions or further needs, please feel free to contact us at 512.249.7700.



Rudiger Investigations, NMS
Utah DPS Agency #175
PO Box 999
Springdale, UT 84767
FEIN #84-1423

Invoice submitted to:
Clark Newhall, Esq.
57 W. 200 South, Suite 101
Salt Lake City UT 84101

April 06, 2008

Invoice #32225

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/24/2008 TLG | Investigations<br>Review items fromcounsel, erecords search re: 632-6304, email to<br>counsel re: subpoena | 1.10<br>75.00/hr | 82.50 |
| | For professional services rendered | 1.10 | $82.50 |
| | Previous balance | | $410.85 |
| | Balance due | | $493.35 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 150 Days | 180 |
|---|---|---|---|---|---|---|
| 82.50 | 71.50 | 0.00 | 310.60 | 28.75 | 0.00 | |


cyberdictate

**INVOICE:**  April 25, 2008

| CLARK NEWHALL LAW OFFICE | | | Account ID: | CNEW |
|---|---|---|---|---|
| Attention: Clark Newhall, Esq. | | | Due Date: | Upon Receipt |
| 57 W. 200 South | | | Late Fees: | None |
| Suite 101 | | | | |
| Salt Lake City, UT 84101 | | | **AMOUNT DUE: $205.75** | |

## ITEMIZED CHARGES:

| Completion Date | Project Identification # | Characters | Word Count* | Total Due |
|---|---|---|---|---|
| 04/16/08 | Mock Trial Audio | 32782 | 6556.4 | 131.13 |
| 04/18/08 | Plasencia-Davey and Wife; April10_001_A-026_Gabler_2008_04_10_001 | 18655 | 3731 | 74.62 |

Word Count is calculated in accordance with the standardized typist test formula, by calculating total characters, including spaces, then dividing by 5.

**TOTAL:**    **$205.75**

| Please make checks payable and remit payments to: | RATES APPLIED: | |
|---|---|---|
| | Standard: | $0.0125 per word |
| CyberDictate | Multi-speaker: | $0.02 per word |
| 1107 Rowley Drive | File minimum: | $1.50 per file |
| Suite A | Rush (additional): | $0.0025 per word |
| Cedar Park, Texas 78613 | | |
| For inquiries concerning your invoice:     (512) 249-7700  or billing@CyberDictate.com | | |

Thank you for allowing CyberDictate.com to service your transcription needs.  We value your law firm as our loyal Partner and, as such, commit to provide only excellent services to you!

# *Statement*



CIVIL PROCESS SERVICES & INVESTIGATIONS
POST OFFICE BOX 603
WASHINGTON, UTAH 84780
Phone: (435) 632-1092
Fax:    (435) 627-0571

Thursday, June 19, 2008

CLARK NEWHALL
57 WEST 200 SOUTH, SUITE 101
SALT LAKE CITY, UT 84101

| Inv. No. | Completed | Your Reference No. | Serve To | Inv. Total |
|----------|-----------|--------------------|----------|-----------|
| 200801744 | 3/18/2008 | RULON JONES SUBPOENA | RULON JONES | $50.00 |
| 200801745 | 3/18/2008 | RULON JONES SUBPOENA | ELAINE BURTON | $65.00 |
| | | | **Total Due:** | $115.00 |



Rudiger Investigations, NMS
Utah DPS Agency #175
PO Box 999
Springdale, UT 84767
FEIN #84-1423

Invoice submitted to:
Clark Newhall, Esq.
57 W. 200 South, Suite 101
Salt Lake City UT 84101

December 01, 2008

Invoice #32455

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/6/2008 SJ | Investigations<br>travel to counsel's office, obtain and review TAYLOR pre-hire docs,<br>draft and mail GRAMAs to POST and SGPD | 1.00<br>75.00/hr | 75.00 |
|  | END. |  |  |
|  | For professional services rendered | 1.00 | $75.00 |
|  | Balance due |  | $75.00 |

# LEGAL MESSENGER INC.



## P.O. box 11101 SLC, UT 84147
## Office (801) 521-3999    Fax (801) 521-3888

**Billing Detail for:**

Printed 01/04/2009

Law Office of Clark Newhall
57 West 200 South #101
Salt Lake City, UT 84101

**For Period** 12/01/2008 **to** 12/31/2008

Page: 1

| Dated Order | Attorney/contact    Comment<br>Client Reference | Court Runs<br>Regulars    Specials | All Others<br>Misc. Reg/Spel. | Totals |
|---|---|---|---|---|
| 12/02/2008 | CN/HEATHER          USDC @ 3:36 & NO RTRN<br>PLASCENCIA REG TO JUDGE STEWART |  $7.00 |  | $7.00 |
|  | **Grand Totals:** |  $7.00 |  | $7.00 |

This print-out is in dated order. Print-outs are also available in attorney/contact order. Your comments are welcome. Thanks for using LMI.

Scott Vaughan DBA A-Plus Private
Investigator

1051 North 1200 East
Bountiful, UT 84010



# Invoice

| Date | Invoice # |
|------|-----------|
| 1 7 2009 | JAN-417 |

| Bill To |
|---------|
| CLARK NEWHALL,<br>57 W 200 S., STE 101<br>SALT LAKE CITY, UT 84101 |

| Terms | Due Date | Rep |
|-------|----------|-----|
| Due on receipt | | SCOTT |

| Item | Description | Amount |
|------|-------------|--------|
| SUBPOENA | MARK PLASCENCIA VS CITY OF ST GEORGE, ET AL, 2:07CV00002TSSA - RANDAL OSTER PHD | 15.00 |
| MILEAGE | | 15.00 |
| SUBPOENA | MARK PLASCENCIA VS CITY OF ST GEORGE, ET AL, 2 07CV00002TSSA - ERIC NIELSEN DSW | 15 00 |
| MILEAGE | | 0 00 |

There will be a $20 charge every 30 days for all unpaid invoices not received within 30 days. For billing inquiries: (801) 397-2581

| | |
|---|---|
| **Total** | $45 00 |
| **Payments/Credits** | $0 00 |
| **Balance Due** | $45 00 |
| **Client Total Balance** | $45 00 |

## PLEASE MAKE CHECKS PAYABLE TO SCOTT VAUGHAN AND REFERENCE INVOICE # ON CHECK

| Phone # |
|---------|
| (801) 397-2581 |

# Kristy Farnsworth, Ph.D., P.C.

Rehabilitationist

## CRC, CVE, CDMS, DABVE

Life Care Planner
Psychologist (Idaho)

9557 South 700 East, Suite 100
Sandy, UT 84070
(801) 572-5633

ktar@xmission.com

## STATEMENT

Clark Newhall, MD
57 West 200 South #101
Salt Lake City, UT 84101

January 29, 2009

RE: Placencia

| DATE | SERVICE | EXPENSE | TIME |
|------|---------|---------|------|
| 1/23/2008 | Received/reviewed documents and affidavit | | 4.5 |
| | Research scope of practice - social work | | |
| | Research scope of practice - psychology | | |
| | Research assessment instruments | | |

| | | |
|---|---|---|
| Total hours: | | 4.50 |
| @Rate $160.00 | | $720.00 |
| Less Retainer: | $ | - |
| Expenses: | | $0.00 |
| **Total Due:** | **$** | **720.00** |

Note: Time includes travel time and is prorated when possible

TAX ID:     87-0663023

TERMS:     Net 10 days



cyber**dictate**

**INVOICE:** March 13, 2009

| **CLARK NEWHALL LAW OFFICE** | Account ID: | CNEW |
|---|---|---|
| Attention: Clark Newhall, Esq. | Due Date: | Upon Receipt |
| 57 W. 200 South | Late Fees: | None |
| Suite 101 | | |
| Salt Lake City, UT 84101 | **AMOUNT DUE: $89.35** | |

## ITEMIZED CHARGES:

| Completion Date | Project Identification # | Characters | Word Count* | Total Due |
|---|---|---|---|---|
| 03/06/09 | Plascencia_Interview with Don Reid 03032009 | 14491 | 2898.2 | 57.96 |
| 03/06/09 | Plascencia_Interview with Jodi Fowler 03032009 | 7847 | 1569.4 | 31.39 |

Word Count is calculated in accordance with the standardized typist test formula, by calculating total characters, including spaces, then dividing by 5.

**TOTAL:** **$89.35**

**PLEASE NOTE:** LATE FEES WILL BE ASSESSED AT THE RATE OF $15.00 PER MONTH, BEGINNING 7 DAYS FROM TRANSMISSION OF THIS INVOICE

| Please make checks payable and remit payments to: | | RATES APPLIED: | |
|---|---|---|---|
| | | Standard: | $0.0125 per word |
| CyberDictate | PayPal Payments At: | Multi-speaker: | $0.02 per word |
| 1107 Rowley Drive       OR | http://www.cyberdictate.com/clients/resources | File minimum: | $1.50 per file |
| Suite A | | Rush (additional): | $0.0025 per word |
| Cedar Park, Texas 78613 | | Weekend Projects: $0.015 per word | |

**For inquiries concerning your invoice:** (512) 249-7700 or billing@CyberDictate.com

Thank you for allowing CyberDictate.com to service your transcription needs. We value your law firm as our loyal Partner and, as such, commit to provide only excellent services to you!



# THACKER+CO

## COURT REPORTERS

Thacker + Co
50 West Broadway, Suite 900
Salt Lake City, UT 84101
801-983-2180 - Fax: 801-983-2181

# INVOICE

NEWHALL LAW OFFICE
ATTN: Clark Newhall
57 West 200 South #101
Salt Lake City, UT 84101

Invoice Number: 103766
Invoice Date: 10/13/2011

---

In RE:  Mark Plascencia vs. City of St. George (2719)
Deponent: Justin Granier
Attendance Date: 10/12/2011  Reporter: Michelle Mallonee

---

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 0.5 | Reporter Attendance | 170.00 | 85.00 |
| 81 | Original + 1 Same Day | 7.00 | 567.00 |
| | | **Invoice Total:** | 652.00 |

Expedited Transcript

We Appreciate Your Business

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Tax ID: 87-0652419

---

PAYMENT WITH CREDIT CARD - VISA - MASTERCARD - AMERICAN EXPRESS

Cardholder's Name:                              Card Number:

Exp. Date:            Billing Address:                              Zip:

Amount to Charge:                       Security Code:



**From:** Clark Newhall <cnewhall@cnewhall.com>
**Subject:** Re: Plascencia ripping video depositions
**Date:** October 26, 2011 11:50:17 AM MDT
**To:** Cammon@blufirestudios.com <copperrain@gmail.com>
**Security:** ☑Signed (Clark Newhall)

yep
Thank You
Please reply to cnewhall@cnewhall.com
Clark Newhall MD JD
Physician, Attorney & Activist
57 W. 200 South, Suite 101
Salt Lake City, UT 84101
www.cnewhall.com
www.health-justice.org
801-363-8888
Fax 801-596-8888
Cell & SMS: 801-860-8274
Follow my tweets: @cnewhall

On Oct 25, 2011, at 7:43 PM, Cammon@blufirestudios.com wrote:

> Sounds good....
> Let say 3 hours for the 6 disks.. Rip/encode/upload
> $195.00
> Does that work?
>
> Cammon Randle
> Producer
> BluFire Studios
> Cammon@Blufirestudios.com
> 801-836-0182
> Onward and Upward
> Sent from my iPhone
>
> On Oct 25, 2011, at 6:19 PM, Clark Newhall <cnewhall@cnewhall.com> wrote:
>
>> Cammon
>> You helped my by ripping the videos of depositions for my recent case. I am getting ready to submit my fee petition and need to know your charge for the service you performed. Soon
>> as possible.
>> Thank You
>> Please reply to cnewhall@cnewhall.com
>> Clark Newhall MD JD
>> Physician, Attorney & Activist
>> 57 W. 200 South, Suite 101
>> Salt Lake City, UT 84101
>> www.cnewhall.com
>> www.health-justice.org
>> 801-363-8888
>> Fax 801-596-8888
>> Cell & SMS: 801-860-8274
>> Follow my tweets: @cnewhall

**PAUL M. MASUYAMA**
**POLICE PRACTICES CONSULTANT**
**239 E. 525 S.**
**Providence, UT.**
**(435) 757-1317**
**E-MAIL:** pmasuyama@comcast.net
**TAX I.D. # 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**

October 19, 2011

**Mark Plascencia v. City of St. George Police Dept**
**And Officer Jared Taylor**

Law Office of Clark Newhall, MD, JD, LC
Clark Newhall, Attorney at Law
57 West, 200 South, Suite 101
Salt Lake City, UT. 84110

October 10, 2011 – Case Received

Professional services rendered through 10/12/11                $1,706.25

| | | RATE | HOURS | |
|---|---|---|---|---|
| 10/10/11 | Discuss case and Depo | 125.00 | 2.50 | $312.50 |
| 10/11/11 | Drive time to court | 100.00 | 1.50 | $150.00 |
| 10/11/11 | Court attendance | 250.00 | 2.50 | $625.00 |
| 10/11/11 | Return drive from court | 100.00 | 1.50 | $150.00 |
| 10/12/11 | Phone Deposition | 125.00 | 2.25 | $281.25 |
| 10/12/11 | Complete report | 125.00 | 1.50 | $187.50 |
| Balance Due | | | | $1706.25 |



**ICUInvestigations**

473 S. River Road #1-275
St. George, UT 84790

AFFILIATE

877-986-1200
435-986-1200    Fax: 435-986-1825

**info@icu-investigations.com**
www.ICU-Investigations.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/29/2011 | 10554 |

| ICU Tax ID # 90-0546546 | |
|------|-----------|
| TERMS | DUE DATE |
| **Credit Card** | **9/30/2011** |

BILL TO:

Law Office of Clark Newhall
57 West 200 South, Suite 101
Salt Lake City, UT 84101

bparedes@cnewhall.com        801-363-8888

| CLIENT REF | CONTACT |
|------------|---------|
| 2:07CV00002 TS SA | **Blanca Paredes** |

| SERVED UPON | **Stratton Pierpont** |
|-------------|----------------------|

| ITEM | QTY | DESCRIPTION | OUR # | PRICE | AMOUNT |
|------|-----|-------------|-------|-------|--------|
| Process ... | 1 | MARK PLACENCIA v. CITY OF ST GEORGE | | | |
| | | Civil Process Service (Marlon Stratton @ SG Police / 200 East 265 North, St. George, UT 84770) | 4155 | 65.00 | 65.00 |
| Process ... | 1 | Civil Process Service (George Pierpont @ SG Police / same) | 4154 | 35.00 | 35.00 |
| Rush Sa... | 1 | RUSH - Make 1st Attempt the Same Day as Receipt of Documents. | | 50.00 | 50.00 |
| Civil PS ... | 0 | Civil Process Service Mileage (092911 @ 335pm) = Nonserve. Service was refused by the City Attorney and the officers liazon stating that witness fee checks were not included with the process service. | | 0.00 | 0.00 |
| | | Subtotal | | | 150.00 |
| | | NOTES | | | |
| | | 093011 = Emailed copies to client, mailed originals | | | |

*All work is complete! Please remit payment to the above address.*

| | | **Total** | **$150.00** |
|---|---|-----------|-------------|

S  MCC
D  09/29 email
T  09/29 HC
C
C
D  TODAY

Client agrees to pay the balance of this invoice, including all fees, expenses and sales tax upon receipt of this invoice by mail or email. There are no open terms. Bookkeeping charges equal to 2.5% of the balance shall be added every thirty (30) days to all unpaid invoices which become 30 or more days past due. Over 90 days is subject to an additional $25 excess bookkeeping fee. Client will be responsible for any attorney fees or court costs associated with collection of this invoice. Pay from this invoice, no statement will be sent. Make checks payable to ICU Investigations, regardless of affiliate company.

| **Payments** | **$0.00** |
|--------------|-----------|
| **Balance** | **$150.00** |



# 2011

**Mayra J. Villamar, L.L.C**
**Translation and Interpreting Services**
**TIN 87-0642995**
certifiedinterpreters@hotmail.com
P.O Box 712132 Salt Lake City, Utah 84171     (801) 792-8492 Cell.

## INVOICE #PLA1010-101311
October 13, 2011

This invoice is being submitted for payment to the office **of Clark Newhall, M.D, J.D** by Mayra J.Villamar, LLC for interpreting services rendered on the following dates:

| Scheduled Date | Scheduled Hearing | Scheduled Place | Scheduled Time | End time | Hours | Subtotal | Total Due: |
|---|---|---|---|---|---|---|---|
| **10/10/11** | Trial Prep (Spanish) | On site (SLC) | 11:00 AM | 5:00 PM.(-1) | 5 | $ 475.00 | |
| | (Time not charged from originally scheduled time of 10 AM) | | | | | | |
| | Lunch | | | | | $ 29.00 | |
| **10/11/11** | Trial (Spanish) | Federal Court (Judge Stewart) | 12:00 M | 1:40PM. | 2 | $ 190.00 | |
| **10/12/11** | Trial (Spanish) | Federal Court (Judge Stewart) | 08:30 AM | 1:30PM. (-1/2) | 4.5 | $ 427.50 | |
| **10/13/11** | Trial (Spanish) | Federal Court (Judge Stewart) | 08:30 AM | 12:00PM. | 3.5 | $ 332.50 | |

Services rendered for: **Mark Plascencia**
Requested by: Blanca Paredes

**Total Due:**...................................................................................................................**$ 1454.00***

Please reference invoice number.
Please submit payment to the address listed above. **Thank you for your business**

Mayra Villamar
Certified Court Interpreter

**\*Payments not received by November 04, 2011 will be assessed a $50.00 late fee.**
**Thank You!**

Cheri Gochberg Hours

06/29/2009 -Read Deposition and Discovery to take the depos of Officer Reid, Peirpont , attend deposition of officers. Phone call with Judge regarding the use of disciplinary action; Draft attorney planning meeting report per courts request.

                                            16 hrs

06/01/2009 – File pretrial scheduling report; Prepare for and attend deposition of Pierpont and Reid

                                            16 hrs

05/18/2009 – Draft And Redraft Scheduling Order, Multiple emails and phone calls with Rawson regarding final version.

                                            3.5 hrs

02/09/2009 – Phone call with Kristy Farnsworth; email to CN re: Same:

                                            1.5 hrs

01/26/2009 - Phone call with Kristy Farnsworth; email to CN re: Same:

                                            1.5 hrs

0109/2009-   Legal research; review documents; dreft memo affidavit, etc.; revision per CN; Phone calls with Expert

                                            17.0 Hrs

                        TOTAL:      55.5 Hours

Ken Koldewyn

| Date | Description | Hours |
|---|---|---|
| 03/09/2009 | Download of Docuemtns and send to Todd Gabler, Follow up with Gabler for documents | 2.0 |
| 03/05/2009 | Download and upload to cyberdicate files to be transcribed. Upload files to CM and Forward to CM | 2.0 |
| 11/12/2008 | Review what medical records received, Upload 4 to a page deposition | .75 |
| 10/27/2009 | Discovery, review responses about digital files from | .50 |
| 10/29/2009 | Ltr to rawson re discovery of electronic data | .25 |
| 10/31/2011 | Prepare ltd and attachments to send to expert Dusenbury | 1.0 |
| | TOTAL: | 6.50 |

CATHOLIC HEALTHCARE WEST

PAYMENT RECEIPT FOR:                    DATE RECEIVED: 01/28/02

PATIENT #:     50719269          NAME: PLASCENCIA , MARK

ADMIT DATE: 01/28/02                   EMER

AMOUNT RECEIVED:     25.00  TRANSACTION CODE: 98510365

CASHIER: ABARBO

SIGNATURE:_____

19:00 01/28/02 FROM 3533,SBSPAYN1

# INVOICE

CIVIL PROCESS SERVICES & INVESTIGATIONS
POST OFFICE BOX 603
WASHINGTON, UTAH 84780
Phone: (435) 632-1092
Fax:    (435) 627-0571

Inv. No.: 200801745
3/18/2008
Service Priority:

CLARK NEWHALL
57 WEST 200 SOUTH, SUITE 101
SALT LAKE CITY, UT 84101

Attention:   CLARK NEWHALL

Case Number:   2:07cv00002 TS
Plaintiff:     MARK PLASCENCIA
Defendant:     CITY OF ST. GEORGE, ST. GEORGE POLICE DEPARTMENT, et a
Reference:     RULON JONES SUBPOENA
Serve To:      ELAINE BURTON
Received:      3/17/2008
Completed:     3/17/2008

| Item | Qty. | Unit | Tax | Total |
|---|---|---|---|---|
| Local Service Fee | 1 | $15.00 | | $15.00 |
| RUSH DAVEY BURTON | | | | |
| Local Service Fee | 1 | $50.00 | | $50.00 |
| RUSH ELAINE BURTON | | | | |

| | | |
|---|---|---|
| | Tax | $0.00 |
| | Sub-Total | $65.00 |
| | Payment | $0.00 |
| | Balance Due | $65.00 |

Thank You!

Terms: Due Upon Receipt/30 Days Max./Prepaid after 90 days
FEIN: /TAX NUMBER: 529677792



# INVOICE

CIVIL PROCESS SERVICES & INVESTIGATIONS
POST OFFICE BOX 603
WASHINGTON, UTAH 84780
Phone: (435) 632-1092
Fax:    (435) 627-0571

Inv. No.: 200801744
3/18/2008
Service Priority:

CLARK NEWHALL
57 WEST 200 SOUTH, SUITE 101
SALT LAKE CITY, UT 84101

Attention:    CLARK NEWHALL

Case Number:   2:07cv00002 TS
Plaintiff:     MARK PLASCENCIA
Defendant:     CITY OF ST. GEORGE, ST. GEORGE POLICE DEPARTMENT, et a
Reference:     RULON JONES SUBPOENA
Serve To:      RULON JONES
Received:      3/17/2008
Completed:     3/17/2008

| Item | Qty. | Unit | Tax | Total |
|------|------|------|-----|-------|
| Local Service Fee | 1 | $50.00 | | $50.00 |
| RULON JONES | | | | |
| RUSH SERVICES | | | | |
| PERSONALLY SERVED | | | | |

|  |  |
|---|---|
| Tax | $0.00 |
| Sub-Total | $50.00 |
| Payment | $0.00 |
| Balance Due | $50.00 |

Thank You!

Terms: Due Upon Receipt/30 Days Max./Prepaid after 90 days
FEIN: /TAX NUMBER: 529677792



Scott Vaughan DBA A-Plus Private
Investigator

1051 North 1200 East
Bountiful, UT 84010

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/11/2008 | MAR-149 |

**Bill To**

LAW OFFICES OF CLARK NEWHALL MD JD
CLARK NEWHALL
57 WEST 200 SOUTH, #101
SALT LAKE CITY, UT 84101
(801) 363-8888

| Terms | Due Date | Rep |
|-------|----------|-----|
| Due on receipt | | SCOTT |

| Item | Description | Amount |
|------|-------------|--------|
| SUBPOENA | MARK PLASCENCIA VS CITY OF ST. GEORGE, ET AL, 2:07CV-00002 TS | 15.00 |
| MILEAGE | | 23.00 |
| | | |
| NOTICE TO APPEAR | KATHRYN ROARK VS MINDY L KRAMER | 15.00 |
| MILEAGE | | 20.00 |

There will be a $20 charge every 30 days for all unpaid invoices not received within 30 days. For billing inquiries: (801) 397-2581

| **Total** | $73.00 |
|-----------|--------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $73.00 |
| **Client Total Balance** | |

**PLEASE MAKE CHECKS PAYABLE TO SCOTT
VAUGHAN AND REFERENCE INVOICE # ON CHECK**

| Phone # |
|---------|
| (801) 397-2581 |

Scott Vaughan DBA A-Plus Private
Investigator
1051 North 1200 East
Bountiful, UT 84010

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/19/2008 | MAR-432 |

**Bill To**

LAW OFFICES OF CLARK NEWHALL MD JD
CLARK NEWHALL
57 WEST 200 SOUTH, #101
SALT LAKE CITY, UT 84101
(801) 363-8888

| Terms | Due Date | Rep |
|-------|----------|-----|
| Due on receipt | | SCOTT |

| Item | Description | Amount |
|------|-------------|--------|
| NOTICE OF BOND NOTICE ... | KATHRYN ROARK VS PHYLLIS V MURRAY, | 15.00 |
| MILEAGE | 5 TRIPS TO APARTMENT 6 AND 1 TRIP TO APARTMENT 7 | 76.00 |

There will be a $20 charge every 30 days for all unpaid invoices not received within 30 days. For billing inquiries: (801) 397-2581

| | |
|---|---|
| **Total** | $91.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $91.00 |
| **Client Total Balance** | $55.00 |

**PLEASE MAKE CHECKS PAYABLE TO SCOTT
VAUGHAN AND REFERENCE INVOICE # ON CHECK**

Phone #

(801) 397-2581



Scott Vaughan DBA A-Plus Private
Investigator
1051 North 1200 East
Bountiful, UT 84010

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/11/2008 | MAR-149 |

**Bill To**

LAW OFFICES OF CLARK NEWHALL MD JD
CLARK NEWHALL
57 WEST 200 SOUTH, #101
SALT LAKE CITY, UT 84101
(801) 363-8888

| Terms | Due Date | Rep |
|-------|----------|-----|
| Due on receipt | | SCOTT |

| Item | Description | Amount |
|------|-------------|--------|
| SUBPOENA | MARK PLASCENCIA VS CITY OF ST. GEORGE, ET AL, 2:07CV-00002 TS | 15.00 |
| MILEAGE | | 23.00 |
| | | |
| NOTICE TO APPEAR | KATHRYN ROARK VS MINDY L KRAMER | 15.00 |
| MILEAGE | | 20.00 |

There will be a $20 charge every 30 days for all unpaid invoices not received within 30 days. For billing inquiries: (801) 397-2581

| | |
|--|--|
| **Total** | $73.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $73.00 |
| **Client Total Balance** | $55.00 |

## PLEASE MAKE CHECKS PAYABLE TO SCOTT VAUGHAN AND REFERENCE INVOICE # ON CHECK

| Phone # |
|---------|
| (801) 397-2581 |



Rudiger Investigations, NMS
Utah DPS Agency #175
PO Box 999
Springdale, UT  8476

TIN 84-14235393

Invoice submitted to:

Clark Newhall, Esq.

57 West 200 South, Suite 101
Salt Lake City UT 84101

August 03, 2009

Invoice #32685

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/2009 TLG | Investigations<br>Telecons w/counsel, message left for DENNIS BAILEY. | 0.80<br>75.00/hr | 60.00 |
| | For professional services rendered | 0.80 | $60.00 |

Additional Charges :

|  |  | Qty/Price |  |
|---|---|---|---|
| 7/8/2009 TLG | IRB Report<br>IRB comprehensive report re: DENNIS BAILEY. | 1<br>15.00 | 15.00 |
| | Total additional charges | | $15.00 |
| | Total amount of this bill | | $75.00 |
| | Balance due | | $75.00 |



Rudiger Investigations, NMS
Utah DPS Agency #175
PO Box 999
Springdale, UT 84767
FEIN #84-1423


Invoice submitted to:
Clark Newhall, Esq.
57 W. 200 South, Suite 101
Salt Lake City UT 84101


April 02, 2009


Invoice #32587


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/3/2009 TLG | Investigations<br>Travel to STG and ATL JODI POWEL, erecords search for JODI POWELL, tele interview with JODI POWELL, tele interview with DON REID, DIXIE SC PUBLIC SAFETY | 2.80<br>75.00/hr | 210.00 |
| 3/5/2009 AA | Investigations<br>Listen to audio of interviews of REID and FOWLER, draft field reports and email to GABLER. | 1.30<br>75.00/hr | 97.50 |
| 3/6/2009 TLG | Investigations<br>Emails to counsel. | 0.20<br>75.00/hr | 15.00 |
| 3/8/2009 TLG | Investigations<br>Erecords search and file review re: relatives a&GPD, email to counsel | 1.40<br>75.00/hr | 105.00 |
| 3/9/2009 TLG | Investigations<br>Teleconference with counsel, review additional file materials | 0.00<br>75.00/hr | 0.19 |
| 3/19/2009 AA | Investigations<br>Listen to audio of interview with JODI FOWLER, draft field report. | 0.70<br>75.00/hr | 52.50 |
| 3/25/2009 TLG | Investigations<br>Erecords search re: WHITEHEAD, telecon w/counsel. | 0.50<br>75.00/hr | 37.50 |
| TLG | Investigations<br>Tele interview w/Tyler Adams. | 0.40<br>75.00/hr | 30.00 |
| | For professional services rendered | 7.30 | $547.69 |

Additional Charges :

|  |  |  | Qty/Price | Amount |
|---|---|---|---|---|
| 3/3/2009 TLG | Cell phone owners | | 1 | 5.00 |
| | Cell phone ownerssearch for JODI FOWLER. | | 5.00 | |
| TLG | Mega credit headers | | 2 | 4.00 |
| | Credit headerssearch for JODI FOWLER in OR and UT. | | 2.00 | |
| TLG | IRB Report | | 1 | 15.00 |
| | IRB Credit Header reports re:JODI FOWLER. | | 15.00 | |
| 3/8/2009 TLG | IRB Report | | 1 | 15.00 |
| | IRB Credit Header reports reAMANDABUNDY. | | 15.00 | |
| TLG | IRB Report | | 1 | 15.00 |
| | IRB Credit Header reports re: JARED TAYLOR. | | 15.00 | |
| 3/25/2009 TLG | IRB Report | | 1 | 15.00 |
| | IRB Credit Header reports re: MISTY WHITEHEAD. | | 15.00 | |
| | Total additional charges | | | $69.00 |
| | Total amount of this bill | | | $616.69 |
| | Balance due | | | $616.69 |

Rudiger Investigations, NMS
Utah DPS Agency #175
PO Box 999
Springdale, UT 84767
FEIN #84-1423593

Invoice submitted to:
Clark Newhall, Esq.
57 W. 200 South, Suite 101
Salt Lake City UT 84101

March 02, 2007

Invoice #13262

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/9/2007 | Travel to St. George and interview KORIE MCFADDEN at Bluff Street Pizza Hut | 1.25 75.00/hr | 93.75 |
| 1/16/2007 | Perform reverse phone searches on subject ISAAC FARRELL phone statement, create spreadsheet, email to GABLER, create report, email to GABLER | 3.90 65.00/hr | 253.50 |
| | end | | |
| | For professional services rendered | 5.15 | $347.25 |
| | Additional Charges : | | |
| 1/16/2007 | Perform reverse phone searches using skip trace subscription service for ISAAC FARRELL phone bill | | 21.70 |
| | end | | |
| | Total costs | | $21.70 |
| | Total amount of this bill | | $368.95 |
| | Balance due | | $368.95 |

Rudiger Investigations, NMS
Utah DPS Agency #175
PO Box 999
Springdale, UT 84767
FEIN #84-1423



Invoice submitted to:
Clark Newhall, Esq.
57 W. 200 South, Suite 101
Salt Lake City UT 84101

May 01, 2008

Invoice #32258

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/10/2008 TLG | Investigations<br>Travel to STg and interviewDAVEY BURTON, telecon with counsel | 1.80<br>75.00/hr | 135.00 |
| | For professional services rendered | 1.80 | $135.00 |
| | Previous balance | | $493.35 |
| | Total payments | | ($493.35) |
| | Balance due | | $135.00 |



# CERTIFICATE OF SERVICE

**WASHINGTON COUNTY CONSTABLE, JEAN DICKSON**
**2278 E. 550 N., ST. GEORGE, UTAH, 84790**
**(435) 674-3565**

**SERVED:** _St. George Police Dept_

**DATE RECEIVED:** _1/29/07_ **DATE SERVED:** _2/8/07_ **TIME SERVED:** _930 AM_

**DOCUMENTS:** (SUMMONS)    (COMPLAINT)    SUPPLEMENTAL ORDER    PETITION

SMALL CLAIMS AFFIDAVIT    TEMP. RESTRAIN. ORDER    GARNISHMENT    GARN. ORDER

NOTICE OF TRUSTEE SALE    NOTICE TO QUIT    ORDER TO SHOW CAUSE    SUBPOENA

RESTITUTION-ORDER-WRIT    REQUEST FOR HEARING    NOTICE OF EXEMPTIONS    EXECUTION

**OTHER:** _____

**DELIVERED TO:** _Marlon Stratton - Chief_
**(NAME & RELATIONSHIP )**

**ADDRESS OF SERVICE:** _265 N. 200 E St. George, Utah_

**POSTED:** ☐ A COPY AT THE PROPERTY LOCATED AT THE ADDRESS ABOVE. ☐ POSTED A COPY AT THE COUNTY RECORDERS OFFICE.

☐ THREE OTHER LOCATIONS WITHIN THE CITY OR COUNTY OF THE SALE. ☐ IN THE NEWSPAPER FOR AT LEAST ON DAY BEFORE THE SALE.

☐ AT THE PROPERTY LOCATED AT: _____

**MAILED:** A COPY OF THE DOCUMENT, POSTAGE PREPAID, TO THE PROPER PARTIES ON _____

*I CERTIFY THAT AT THE TIME OF SERVICE, I WAS A PEACE OFFICER, OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION AND THAT ON THE COPY SERVED I ENDORSED THE DATE, MY NAME AND TITLE THERETO. I FURTHER CERTIFY THAT THE INFORMATION GIVEN ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.*

**SERVED BY:** _Rodger Hymas_      **FEE: $** _25_

**DEPUTY CONSTABLE RODGER HYMAS**



# CERTIFICATE OF SERVICE

**WASHINGTON COUNTY CONSTABLE, JEAN DICKSON**
2278 E. 550 N., ST. GEORGE, UTAH, 84790
(435) 674-3565

**SERVED:** _City of St. George_

DEFENDANT OR RESPONDENT    PLAINTIFF OR PETITIONER    WITNESS    GARNISHEE    OTHER

**DATE RECEIVED:** _1/29/07_    **DATE SERVED:** _2/2/07_    **TIME SERVED:** _839 AM_

**PROCESS:** (SUMMONS)    (COMPLAINT)    SUBPOENA    EXECUTION

SMALL CLAIMS AFFIDAVIT    SUPPLEMENTAL ORDER    NOTICE OF TRUSTEE SALE    NOTICE OF EXEMPTIONS

GARNISHMENT    PETITION    NOTICE TO QUIT    REQUEST FOR HEARING

GARNISHEE ORDER    ORDER TO SHOW CAUSE    TEMP. RESTRAINING ORDER    RESTITUTION-ORDER-WRIT

**OTHER:** _____

**TYPE OF SERVICE:**

1. PERSONAL DELIVERY TO:    DEFENDANT/RESPONDENT    PLAINTIFF / PETITIONER    WITNESS

2. LEFT A COPY WITH _____, A PERSON OF SUITABLE AGE AND

   DISCRETION AT THE RESIDENCE FOR _____.

3. UPON A BUSINESS BY LEAVING A COPY WITH _Say Cragun_, A PERSON OF

   SUITABLE AGE AND DISCRETION AT THEIR BUSINESS OR PLACE OF RESIDENCE.

**LOCATION OF SERVICE:** _175 E. 200 N._

ST. GEORGE    CEDAR CITY  DAMMERON VALLEY  ENTERPRISE  HILDALE  HURRICANE  IVINS  LA VERKIN  LEEDS  ROCKVILLE  SANTA CLARA
SPRINGDALE  TOQUERVILLE  VEYO  VIRGIN  WASHINGTON  OTHER _____, IN THE STATE OF UTAH.

**POSTED A COPY:** ___ AT THE PROPERTY LOCATED AT THE ADDRESS ABOVE.   ___ POSTED A COPY AT THE COUNTY RECORDERS OFFICE.
___THREE LOCATIONS WITHIN THE CITY OR COUNTY OF THE SALE.   ___ IN THE NEWSPAPER FOR AT LEAST ON DAY BEFORE THE SALE.
___AT THE COURT HOUSE ____ AT THE PROPERTY LOCATED AT: _____

**MAILED:** A COPY OF THE DOCUMENT, POSTAGE PREPAID, TO THE PROPER PARTIES ON _____.

*I CERTIFY THAT AT THE TIME OF SERVICE, I WAS A PEACE OFFICER OVER THE AGE OF 18 AND NOT A PARTY TO THIS ACTION AND THAT ON THE
COPY SERVED I ENDORSED THE DATE, MY NAME AND TITLE THERETO. I FURTHER CERTIFY THAT THE INFORMATION GIVEN ABOVE IS TRUE AND
CORRECT TO THE BEST OF MY KNOWLEDGE.*

**SERVED BY:** _Rodger Hymas_    **FEE: $** _35_



## WASHINGTON COUNTY CONSTABLE
## IN AND FOR WASHINGTON COUNTY, STATE OF UTAH

**ATTORNEY/AGENT** Newhall **FIRM/COMPANY** Newhall Law Office

**Plascencia -V- St. George City, Police & Taylor**

I received a Summons & Complaint to be served upon Jared Taylor at 265 N. 200 E., St. George, UT.

After due search and diligent inquiry, I do believe that service can not be accomplished at the addresses given for the following reason:

This person no longer works for the Police Dept. and is no longer a Peace Officer. Without further addresses or information these documents can not be served.

I certify that I am a Peace Officer, over the age of 18 and not a party to this action and that the above statement is true and correct to the best of my knowledge.

Service attempted by: Deputy Constable Johnny Owen                    Fee: $35.00

# VOID

**CHASE** 

FOR YOUR PROTECTION SAVE THIS COPY
**OFFICIAL CHECK**

**Customer Copy**

372715451

03/14/2008

Utah

**Remitter** LAW OFFICE OF CLARK NEWHALL MD JD

$ \*\*\*\*\*\*\*\*\*\*\*\*\*\*40.00 \*\*\*

**Pay To The
Order Of** RULON JONES

Drawer JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**
--------------------------------------------------

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

---

499156243840 Rev 1 3/05 # 82869-M SC185-0

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK.

**OFFICIAL CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK.

**CHASE**

372715451  16-3717
1220

Utah

Date  03/14/2008

**Remitter** LAW OFFICE OF CLARK NEWHALL MD JD

**Pay:**  FORTY DOLLARS AND 00 CENTS

$ \*\*\*\*\*\*\*\*\*\*\*\*\*40.00 \*\*\*

**Pay To The
Order Of** RULON JONES

Drawer: JPMORGAN CHASE BANK, N.A.

*Stephen P. Hughes*
------------------------------
First Vice President
Issued by Integrated Payment Systems Inc., Englewood, Colorado
Wells Fargo Bank Ltd., Los Angeles, California

⑈099216⑈ ⑈1220371711⑈ 6800037271545 1⑈

# VOID

**CHASE** 

FOR YOUR PROTECTION SAVE THIS COPY
**OFFICIAL CHECK**

**Customer Copy**

372715449

03/14/2008

Utah

**Remitter** LAW OFFICE OF CLARK NEWHALL MD JD

$ \*\*\*\*\*\*\*\*\*\*\*\*\*40.00 \*\*\*

**Pay To The Order Of** DAVEY BURTON

Drawer JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

---

499156243840 Rev: 1 3/05 M 62866 M 50185-0

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**OFFICIAL CHECK**

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE** 372715449 16-3717 / 1220

Date 03/14/2008

Utah

**Remitter** LAW OFFICE OF CLARK NEWHALL MD JD

**Pay:** FORTY DOLLARS AND 00 CENTS

**Pay To The Order Of** DAVEY BURTON

$ \*\*\*\*\*\*\*\*\*\*\*\*\*40.00 \*\*\*

Drawer JPMORGAN CHASE BANK, N.A.

*Stephen F. Hughes*
First Vice President
Issued by Integrated Payment Systems Inc.. Englewood. Colorado
Wells Fargo Bank Ltd.. Los Angeles. California

⑈099216⑈ ⑆1220371716 68000372715449⑈

# VOID

**CHASE** 

FOR YOUR PROTECTION SAVE THIS COPY
**OFFICIAL CHECK**

**Customer Copy**

372715450

Utah

03/14/2008

Remitter  LAW OFFICE OF CLARK NEWHALL MD JD

$ ************40.00  ***

Pay To The
Order Of      ELAINE BURTON

Drawer.  JPMORGAN CHASE BANK, N.A.

NON NEGOTIABLE

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

---

4991156243840 Rev 1 3/05 M 62866-M50186-O

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK.   **OFFICIAL CHECK**   HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK.

**CHASE**

372715450   16-3717
1220

Utah

Date   03/14/2008

Remitter  LAW OFFICE OF CLARK NEWHALL MD JD

**Pay:**   FORTY DOLLARS AND 00 CENTS

$ ************40.00  ***

Pay To The
Order Of      ELAINE BURTON

Drawer.  JPMORGAN CHASE BANK, N.A.

_Stephen P. Hughes_
First Vice President
Issued by Integrated Payment Systems Inc., Englewood, Colorado
Wells Fargo Bank Ltd., Los Angeles, California

⑆099216⑆ ⑈122037171⑈ 68000372715450⑈

Motel 6 - Salt Lake City Downtown #0015
176 West 600 South
Salt Lake City, UT 84106
USA

NEWHALL CLARK
PO BOX 3326
Salt Lake City UTAH  84110
USA

## Guest Bill # 56615 of the 10/11/2011

Stay of : NEWHALL CLARK

From 10/10/2011 To 10/11/2011

Ref : Folio ID - 59788 : Conf No. - 015MS39970 : Guest No. - 46719 : Clerk - SH ( 10/10/2011)          Page 1 / 1
        PO/Ref #.

| Date | Department | Room | QTY | Charges | Total |
|------|-----------|------|-----|---------|-------|
| 10/10/11 | Visa ************1026 | 0 | 0 | 0.00 | (51.78) |
| 10/10/11 | QNS [10/10] | 124 | 1 | 45.99 | 45.99 |
| 10/10/11 | City Tax [10/10] | 124 | 1 | 0.00 | 0.00 |
| 10/10/11 | Other Tax [10/10] | 124 | 1 | 2.64 | 2.64 |
| 10/10/11 | State Tax [10/10] | 124 | 1 | 3.15 | 3.15 |
| 10/10/11 | State Tax [10/10] | 124 | 1 | 0.00 | 0.00 |

| | |
|---|---|
| Net | 45.99 |
| Total tax | 5.79 |

| | |
|---|---|
| **Total Charges** | **51.78** |
| Total Credit | 51.78 |
| Balance | 0.00 |

Thanks for staying with Us and Please Come Back Again! For Future Reservations Please Call 800-4-MOTEL6 (800-466-8356) or Go to motel6.com.



# Shilo INN
## Suites Hotel
"Affordable Excellence"
206 South West Temple, Salt Lake City, UT 84101
(801) 521-9500

NEWHALL, CLARK

**Room Number:** 915
**Daily Rate:** 86.00

57W 200S SUITE 101
SALT LAKE CITY, UT 84101 US

**Room Type:** MK
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | | CONTR | O | 10240130349 |
|---|---|---|---|---|---|---|
| 10/17/2011 | 10/18/2011 | XXXX XXXX XXXX 3792 | | CONTR | O | 10240130349 |

| DATE | ROOM NO | DESCRIPTION | REFERENCE | | AMOUNT |
|---|---|---|---|---|---|
| 10/17/2011 | 915 | ROOM CHARGE | #915 NEWHALL, CLARK | | $90.00 |
| 10/17/2011 | 915 | ROOM TAX | ROOM TAX | | $12.47 |
| 10/18/2011 | 915 | ROOM ADJUST | ROOM ADJUST | | ($13.00) |
| 10/18/2011 | 915 | ROOM TAX ADJUST | ROOM TAX ADJUST | | ($1.64) |
| 10/18/2011 | 915 | VISA | VISA | | ($86.83) |

**TOTAL DUE:**          $0.00

Signature: _____

TERMS:   DUE AND PAYABLE UPON PRESENTATION.   I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND
AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION
FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES



| | | | |
|---|---|---|---|
| **marco plascencia** | Folio No. | : | **115615** |
| **7934 blank dr n** | A/R Number | : | |
| **Jacksonville FL 32244** | Group Code | : | |
| **US** | Company | : | **EMPLOYEE RATE** |
| | Membership No. | : | |
| | Invoice No. | : | |

| | | | |
|---|---|---|
| Room No. | : | **116** |
| Arrival | : | **10-08-11** |
| Departure | : | *10-17-11* |
| Conf. No. | : | **62754796** |
| Rate Code | : | **IVEDI** |
| Page No. | : | **1 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-08-11 | *Accommodation | 39.00 | |
| 10-08-11 | Room Tax | 5.30 | |
| 10-09-11 | *Accommodation | 39.00 | |
| 10-09-11 | Room Tax | 5.30 | |
| 10-10-11 | *Accommodation | 39.00 | |
| 10-10-11 | Room Tax | 5.30 | |
| 10-11-11 | *Accommodation | 39.00 | |
| 10-11-11 | Room Tax | 5.30 | |
| 10-12-11 | Sundries | 2.00 | |
| 10-12-11 | Sales Tax | 0.14 | |
| 10-12-11 | *Accommodation | 39.00 | |
| 10-12-11 | Room Tax | 5.30 | |
| 10-13-11 | *Accommodation | 39.00 | |
| 10-13-11 | Room Tax | 5.30 | |
| 10-14-11 | Sundries | 1.00 | |
| 10-14-11 | Sales Tax | 0.07 | |
| 10-14-11 | Sundries | 1.00 | |
| 10-14-11 | Sales Tax | 0.07 | |
| 10-14-11 | Sundries | 1.00 | |
| 10-14-11 | Sales Tax | 0.07 | |
| 10-14-11 | Sundries | 1.00 | |
| 10-14-11 | Sales Tax | 0.07 | |
| 10-14-11 | *Accommodation | 39.00 | |

Holiday Inn Express Salt Lake City
4465 South Century Drive
Salt Lake City, UT 84123
Telephone: (801) 268-2533  Fax: (801) 266-6206
This hotel is independently owned & operated by SLC Hospitality Services Inc.



| | | |
|---|---|---|
| **marco plascencia**<br>**7934 blank dr n**<br>**Jacksonville FL 32244**<br>**US** | Folio No. : **115615**<br>A/R Number :<br>Group Code :<br>Company : **EMPLOYEE RATE**<br>Membership No. :<br>Invoice No. : | Room No. : **116**<br>Arrival : **10-08-11**<br>Departure : **10-17-11**<br>Conf. No. : **62754796**<br>Rate Code : **IVEDI**<br>Page No. : **2 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-14-11 | Room Tax | 5.30 | |
| 10-15-11 | *Accommodation | 39.00 | |
| 10-15-11 | Room Tax | 5.30 | |
| 10-16-11 | *Accommodation | 39.00 | |
| 10-16-11 | Room Tax | 5.30 | |
| 10-17-11 | Visa                XXXXXXXXXXXX3792 | | 405.12 |
| | **Total** | **405.12** | **405.12** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholders agreement with the issuer.

Holiday Inn Express Salt Lake City
4465 South Century Drive
Salt Lake City, UT 84123
Telephone: (801) 268-2533  Fax: (801) 266-6206
This hotel is independently owned & operated by SLC Hospitality Services

**OLIVE GARDEN 1399**
77 W. 200 South
Salt Lake City, UT 84101-1609
Check # :50632

**Table 710**
Nicholas
12:48 10/18/2011                    Gst 4
Transaction #:1247613477

----------------------------------------

**ID # 1264 72853 3362**

```
****************************************
*  We value your opinion. Please       *
*  tell us about your dining           *
*  experience by completing an         *
*  online survey within 7 days of      *
*  your visit. You could win a         *
*  $1,000 Grand Prize or 1 of 100      *
*  $50 prizes. Winners are drawn       *
*  weekly!!!                           *
*                                      *
*  To complete the survey and enter    *
*  the contest, go to                  *
*  www.OliveGardenSurvey.com and       *
*  enter the ID on this receipt.       *
*  NO PURCHASE NECESSARY. Void where   *
*  prohibited. See Official Rules at   *
*  www.OliveGardenSurvey.com.          *
*                                      *
*  Valoramos su opinión. Complete la   *
*  encuesta sobre su experiencia       *
*  gastronómica en                     *
*  www.OliveGardenSurvey.com.          *
****************************************
```
(OFFER EXPIRES Oct 25, 2011)

----------------------------------------

Card Number                    Auth Code
xxxxxxxxxxxx 3792                 05463G
pace/heather                        Visa

**Check Amount        44.06**

Tip    . .    _10.00_

Total  . .    _____

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

Guest Copy

---

*Walgreens*
There's a way™

464        10    2862   09238  030

RFN# 0923-8302-8629-1110-1020

O REACH T/B 2S        1A     4.79
  AUS CND VOL 13.50Z  1A     2.99 SALE
  OFJ&J WTRPRF PAD 6S 1A     2.79 SALE
  OFJ&J WTRPRF PAD 6S 1A     2.79 SALE
  SUBTOTAL                  13.36

  A=6.85% SALES TAX           .91
  TOTAL                     14.27

  VISA                      14.27
  ACCT#********3792
  CHANGE                      .00

WAG ADVERTISED SAVINGS:           5.00

YOUR TOTAL SAVINGS:               5.00

NEC of 500 E & 400 S Salt Lake City, U

F=ELIGIBLE FLEX SPEND ACCT ITEM (FSA)
O=OTC ELIGIBLE ITEM

THANK YOU

SAVE ON YOUR PRESCRIPTIONS BY JOINING
WALGREENS PRESCRIPTION SAVINGS CLUB
SEE PHARMACY FOR DETAILS

OCTOBER 10, 2011         5:34 PM

**How are we doing?**
Enter our monthly sweepstakes for
**$3,000 cash**

Visit
**WWW.TELLWAG.COM**
or call toll free
**1-800-763-0547**
within 72 hours to take a short
survey about this Walgreens visit

Survey#
**0923-8302-862**

Password
**9111-0102-016**

For contest rules, see store or
WWW.TELLWAG.COM

RETAIN THIS RECEIPT FOR YOUR RECORDS

OCTOBER 10, 2011         5:34 PM